

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-20-00120-CV

**IN RE** Brandon **HJELLA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

On February 24, 2020, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than March 11, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED, in part. The trial court's orders regarding payment of attorney's fees, including its January 30, 2020, "Order Granting Motion for Attorney's Fees" and all proceedings on "Plaintiff's Motion to Enforce Attorney's Fees Order, to Show Cause and to Enter Sanctions" are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on February 25, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI15792, styled *Red McCombs Motors, Ltd. v. Brandon Hjella*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.